

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2021

No. 04-21-00135-CV

Herbert Lawrence **POLINARD**, Jr. and Irene C. Polinard,
Appellants

v.

James Paul **TISDEL**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-04746
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The clerk's record in this appeal is past due. The clerk has filed a notification of late record stating the record has not been filed because appellant has not paid for the record and is not entitled to appeal without payment of the clerk's fee for preparation of the record.

We order Herbert L. Polinard Jr. to provide written proof to this court by **May 24, 2021,** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a); TEX. R. CIV. P. 145.

If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2021.



_____
Michael A. Cruz,
Clerk of Court